UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

Roderick Opalec
    Petitioner,
    v.
Ben Curry,
    Respondent.
_____/

Case No. CV 08 2652 MHP

PROOF OF SERVICE

    I hereby certify that on May 18, 2008, I placed a copy of the attached PETITION FOR WRIT OF HABEAS CORPUS by placing a copy in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the United States Mail at Soledad, California, 93960-0689.

Rosemarie Dimapilis
15305 Woodruff Place
Bellflower, CA.
90706

    I declare under penalty of perjury that the foregoing is true and correct.

_____
Roderick Opalec, H-33214
Petitioner in Pro Se